IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOODWORKS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 10-CV-1020 |
| v. ) | |
| ) | |
| FOODWORKS OF ARLINGTON HEIGHTS, LLC,) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DEFAULT JUDGMENT**

Counter-Plaintiff, FOODWORKS OF ARLINGTON HEIGHTS, LLC, by its attorneys, RIEBANDT & DEWALD, P.C., for its Motion for Default Judgment against Counter-Defendant, FOODWORKS USA, INC., states:

1. On April 6, 2011, the Court granted Jeffrey Bunn, Esq.'s Motion to Withdraw as attorney for Plaintiff, Foodworks USA, Inc. ("FUSA") and continued the instant matter to May 17, 2011 so that FUSA could retain counsel. On the Court's own motion, the May 17, 2011 date was moved to May 18, 2011.

2. On May 18, 2011, FUSA's principal owner, Ayad Nahlawi, personally appeared wherein he advised the Court that FUSA had not retained new counsel. Over Defendant's objection, FUSA was given until July 13, 2011 to retain new counsel on the condition that new counsel would contact Defendant's counsel prior to the July 13, 2011 date.

3. Also on May 18, 2011, Defendant was granted leave to bring the instant Motion as well as a Motion to Dismiss for Want of Prosecution in the event FUSA failed to retain new counsel.

4. Defendant's counsel has received no contact or information that new counsel has been retained, and no additional appearance has been filed on behalf of FUSA.

5. Given same, Defendant hereby requests that FUSA be found in default for failing

to respond to the Court's prior Orders concerning obtaining new counsel, and that judgment be entered on the Counterclaim in favor of Defendant/Counter-Plaintiff Foodworks of Arlington Heights, LLC.

WHEREFORE, Defendant, FOODWORKS OF ARLINGTON HEIGHTS, LLC, respectfully requests this Honorable Court to enter a Default against Foodworks USA, Inc., that judgment be entered on the Counterclaim in favor of Foodworks of Arlington Heights, LLC and against Foodworks USA, Inc., alternatively, that the Counterclaim be continued for prove up, and for any and all other relief as the Court sees fit.

        Respectfully Submitted,

        FOODWORKS OF ARLINGTON HEIGHTS, LLC


        By:   /s/ Kevin K. McCormick
            Kevin K. McCormick
            One of Its Attorneys

**Riebandt & DeWald, P.C.**
1237 S. Arlington Heights Road
Arlington Heights, Illinois  60005
(847) 437-0303